# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1932

_____

United States of America,            *
                                     *
            Appellee,                *   Appeal from the United States
                                     *   District Court for the
      v.                             *   Western District of Missouri.
                                     *
Isaac Smith,                         *   [UNPUBLISHED]
                                     *
            Appellant.               *

_____

Submitted: April 14, 2010
     Filed: April 23, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Isaac Smith appeals the order of the District Court,[1] which committed him pursuant to 18 U.S.C. § 4245 to the custody of the United States Attorney General for hospitalization and treatment in a suitable facility until he no longer needed treatment or his prison sentence expired, whichever occurred first. Because Smith's challenge to the commitment order has been mooted by his recent release upon completion of

_____

[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

his sentence, we dismiss this appeal.  <u>See</u> 8th Cir. R. 47A(a).  We also grant counsel's pending motion to withdraw.

_____